IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LARRY RAYMOND JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER GREEN et al.,<br><br>Defendants. | **MEMORANDUM DECISION &**<br>**DISMISSAL ORDER**<br><br><br>Case No. 2:19-CV-50-TS<br><br>District Judge Ted Stewart |

In an Order dated February 4, 2019, the Court required Plaintiff to within thirty days pay an initial partial filing fee of $53.60 and submit a consent to have the remaining fee collected in increments from Plaintiff's inmate account. (Doc. No. 3.) When the Court realized that Plaintiff's address had changed, the Court sent the February 4, 2019 order to his new address, along with a new order that gave Plaintiff thirty days more from April 4, 2019 to comply. (Doc. No. 6.) To date, Plaintiff has still not complied, nor has he responded to the Court's orders. The Court last heard from Plaintiff on March 8, 2019, when he submitted a change of address. (Doc. No. 5.)

IT IS THEREFORE ORDERED that, because Plaintiff has failed to comply with the Court's order and has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is DISMISSED without prejudice. This action is CLOSED.

Dated June 5, 2019.

        BY THE COURT:

        _____
        JUDGE TED STEWART
        United States District Court